UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| **MOSHE ALMOG**, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>**GOLDEN SUMMIT INVESTORS GROUP, LTD**, a Nevada corporation; **DANIEL D. CODDINGTON**, an individual; **CALEDONIAN INTERNATIONAL LIMITED**, a business entity form unknown; **URS SCHNEIDER**, an individual; **JOHN REDDING**, an individual; **DHL LOGISTICS (SCHWEIZ) AG**, a foreign corporation; **DEUTSCHE POST DHL**, a foreign corporation; **DHL EXPRESS (USA), INC.,** an Ohio corporation,<br><br>Defendants. | **CASE# 2:10-cv-00602-SVW-PJW**<br><br>Judge Stephen V. Wilson<br><br>**FIRST AMENDED JUDGMENT**<br><br>NOTE COURT MODIFICATIONS |

    In accordance with the Court's April 30, 2012 Order GRANTING Plaintiff's Application for Default Judgment, (Docket No. 67), IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    Judgment is entered in favor of Plaintiff MOSHE ALMOG as against the remaining defendants in this action: GOLDEN SUMMIT INVESTORS GROUPS, LTD., ("Golden Summit") for breach of contract, fraud, and conversion; DANIEL

D. CODDINGTON, ("Coddington") for breach of contract, fraud and conversion; and CALEDONIAN INTERNATIONAL LIMITED, ("Caledonian") for quantum meruit and conversion.

The Court further ORDERS as follows:

(1) As among the parties to this lawsuit – Almog, Golden Summit, Coddington, and Caledonian – Almog is the actual owner of the Copper (*i.e.,* 500 kilograms of electrolytic ultra dispersed copper powder currently housed at a DHL warehouse in Basel, Switzerland, as lot #43145), authorized to act in his sole and exclusive discretion to administer, manage, sell, lease and/or hypothecate the Copper. Any ownership, control, possessory, bailor/bailee, and/or beneficiary interest in the Copper held by Golden Summit, Coddington, and/or Caledonian is hereby terminated in its entirety. Almog is hereby entitled to immediate possession, control and ownership of the Copper.

(2) The following Agreements are hereby rescinded *ab initio*: (a) the Agreement entitled "Cooperation and Profit Allocation Agreement" dated January 21, 2008, between Almog and Golden Summit; and (b) the Addendum to the Agreement entitled "Addendum to Cooperation and Profit Allocation Agreement" dated March 1, 2008 between Almog, Coddington, and Golden Summit;

(3) Defendants Godlen Summit's and Caledonian's rights in the Safe Keeping Receipt ("**SKR**") issued by DHL Logistics (Schweiz) AG on or about February 28, 2008, for the 500 kilograms of electrolytic ultra dispersed Copper powder currently housed at a DHL warehouse in Basel, Switzerland, as lot #43145, are hereby terminated and transferred/assigned to plaintiff Almog. Any ownership, control, possessory and/or beneficiary interest in the SKR held by Golden Summit and/or Caledonian is hereby terminated in its entirety and

transferred to plaintiff Almog. Golden Summit and Caledonian have no right to redemption or other benefits under the SKR, and may not take any action as to the Copper or the SKR. Almog is hereby entitled to ownership of the SKR and to any and all benefits under the SKR, expressly including Almog may take any actions as to the SKR which Golden Summit and/or Caledonian would have been entitled to take under the SKR.

(4) To the extent the Copper is being held in bailment for Golden Summit and/or Caledonian, Golden Summit and /or Caledonian's possesory interest is terminated in its entireity and transferred to plaintiff Almog.

IT IS SO ORDERED.

Dated: December 13, 2012

_____
THE HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE